IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-00163-REB-KMT

MARK CHIPMAN,

        Plaintiff,

v.

ASPENBIO PHARMA, INC.,

        Defendant.

---

**ORDER GRANTING DEFENDANTS' MOTION TO VACATE APRIL 19, 2011 SCHEDULING CONFERENCE AND RELATED DEADLINES AND PROPOSED SCHEDULE**

---

THIS MATTER comes before the Court on the Defendant's Motion to Vacate April 19, 2011 Scheduling Conference and Related Deadlines And Proposed Schedule (the "Motion").

Having reviewed the Motion and finding good cause therein, the Court hereby ORDERS that the Motion (Doc. No. 10) is GRANTED.

The Court hereby relieves the parties of the obligations set forth in the February 7, 2011 Order, vacates the April 19, 2011 Scheduling Conference until further order of Court following a ruling on the defendant's Rule 12 motions, and sets the following schedule:

1. In the event that the plaintiff here elects to file an amended complaint, he shall file such amended complaint thirty days after the entry of an order that

2

appoints a lead plaintiff in *Wolfe v. AspenBio Pharma, Inc.*, 1:11cv00165-REB (D. Colo.) (the "*Class Action*").

2. In the event that the plaintiff here files an amended complaint, the defendant shall answer or otherwise respond on the same date that its response is due in the *Class Action*. In the event that the plaintiff here does not file an amended complaint, the defendant may file, by the date its response is due in the *Class Action*, amended or supplemental Rule 12 motions with respect to the current complaint that address any applicable Tenth Circuit law, which was not addressed when the defendant originally briefed its Rule 12 motions while this action was pending in the Central District of California.

3. The plaintiff shall have 45 days to file and serve his papers in response to any motion(s) filed by the defendant; and

4. The defendant shall have 21 days to file its reply papers in further support of its motion(s).

5. The parties shall file a joint status report on August 1, 2011.

IT IS SO ORDERED.

Dated this 11th day of April, 2011.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge

6.

sf-2979568