IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00163–REB–KMT

MARK CHIPMAN,

    Plaintiff,

v.

ASPENBIO PHARMA INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff Mark Chipman's Motion for Leave to Amend Complaint" (Doc. No. 19, filed September 7, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file "Plaintiff Mark Chipman's First Amended Complaint" (Doc. No. 19-1).

Dated: September 7, 2011