**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00163-REB-KMT

MARK CHIPMAN,

    Plaintiff,

v.

ASPENBIO PHARMA, INC., a Colorado corporation,

    Defendant.

## ORDER DENYING AS MOOT MOTIONS TO DISMISS

**Blackburn, J.**

The matters before me are (1) defendant's **Notice of Motion and Motion To Dismiss** [#3][1] filed January 24, 2011; and (2) defendant's **Notice of Motion and Motion To Strike Portions of the Plaintiff's Complaint** [#4] filed January 24, 2011. After the motions were filed, plaintiff filed his **Motion for Leave To Amend Complaint** [#19] on September 7, 2011. The magistrate judge subsequently granted leave to file the amended complaint (**Minute Order** [#22] filed September 7, 2011), which has now been docketed (Plaintiff Mark Chipman's **First Amended Complaint** [#23] filed September 7, 2011).

The filing of an amended complaint moots a motion to dismiss directed at the superceded complaint. *See **Griggs v. Jornayvaz**,* 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); ***United States ex rel. Babb v. Northrop Grumman Corp.***, 2007 WL

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1793795 at *1 (D. Colo. June 19, 2007).  Therefore, the motions are moot and will be denied without prejudice on that basis.

**THEREFORE, IT IS ORDERED** as follows:

1.  That defendant's **Notice of Motion and Motion To Dismiss** [#3] filed January 24, 2011, is **DENIED WITHOUT PREJUDICE** as moot; and

2.  That defendant's **Notice of Motion and Motion To Strike Portions of the Plaintiff's Complaint** [#4] filed January 24, 2011, is **DENIED WITHOUT PREJUDICE** as moot.

Dated September 9, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge