# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00163-REB-KMT

MARK CHIPMAN,

    Plaintiff,

v.

ASPENBIO PHARMA, INC., a Colorado corporation,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Granting Motion To Dismiss** [#32] entered by Judge Robert E. Blackburn on September 17, 2012, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Motion and Brief To Dismiss Plaintiff Mark Chipman's First Amended Complaint** [#27], filed October 7, 2011, is **GRANTED**;

2. That plaintiff's claims against defendant are **DISMISSED WITHOUT PREJUDICE** for failure to state claims on which relief may be granted; and

3. That **JUDGMENT IS ENTERED** on behalf of defendant, AspenBioPharma, Inc., against plaintiff, Mark Chipman, as to all claims for relief and causes of action asserted in this action; provided, that the **JUDGMENT IS WITHOUT PREJUDICE**.

DATED at Denver, Colorado, this 17th day of September, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, Clerk

By: s/Edward P. Butler
      Edward P. Butler
      Deputy Clerk